MANDOUR & ASSOCIATES, APC
Joseph A. Mandour (SBN 188896)
Email: jmandour@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Phone: (858) 487-9300
Attorneys for Plaintiff,
Kenrico LTD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenrico LTD, a Japan Limited Company,<br><br>                    Plaintiff,<br><br>        v.<br><br>Evgeny Lapik d.b.a. LAPIK, an individual,<br><br>                    Defendant. | **Case No. 2:19-cv-07705**<br><br>**KENRICO LTD'S COMPLAINT FOR FALSE ADVERTISING AND UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, plaintiff KENRICO, LTD. hereby alleges for its complaint against Evgeny Lapik, d.b.a., LAPIK (hereinafter "Lapik" or "Defendant") and demands a jury trial as follows:

## NATURE OF THIS ACTION

1.      This is a complaint for false advertising and unfair competition arising from Defendant's acts specified below.

## PARTIES

2.      Plaintiff KENRICO LTD. (hereinafter "Plaintiff" or "Kenrico") is a limited company formed under the laws of Japan.

3.      On information and belief, defendant Evgeny Lapik (hereinafter "Defendant" or "Lapik") is an individual selling products into the district and doing business as LAPIK.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(b).

5.      On information and belief, this Court has personal jurisdiction over defendant LAPIK because LAPIK conducts business in the district.

6.      Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391.

## DEFENDANT'S
## FALSE ADVERTISING AND UNFAIR COMPETITION

7.      Plaintiff Kenrico is an engaged in the business of manufacturing, selling and marketing a range of consumer products.

8.      One of Kenrico's prominent products includes foot pads used for personal care.  An exemplary photo of Kenrico's product is attached hereto as Exhibit A.  Kenrico's packaging is well known amongst consumers and operates as, *inter alia,* a source identifier.

9.      Kenrico's products are sold under the trademarks DETOX PATCH or DETOX PAD.

10.      Kenrico's products are the subject of clinical studies and U.S. Patent Nos. 8,317,762 and 7,182,965.

11. Defendant Lapik is also engaged in the business of manufacturing, selling and marketing foot pads. An exemplary photo of defendant's product is attached hereto as Exhibit B.

12. Plaintiff and Defendant compete in the marketplace for consumers of foot pads. Specifically, Plaintiff's and Defendant's products are each sold on the retail website Amazon.com.

13. On information and belief, Defendant have unfairly competed with Plaintiff including, without limitation, copying without authorization Plaintiff's marketing materials. *See* Exhibit B.

14. Defendant also unfairly compete in the marketplace by falsely representing and advertising on their packaging and/or advertising that their products contain the ingredient sporopollenin. *See* Exhibit B.

## **FIRST CAUSE OF ACTION**

### **(False Advertising – 15 U.S.C. § 1125)**

15. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-14 of the complaint as though set forth fully herein.

16. Defendant falsely advertises in the marketplace by falsely representing in advertisements and/or on their packaging that their products contain sporopollenin. *See* Exhibit B. On information and belief, consumers have been, or are likely to be, misled or confused by this material false statement of fact.

17. By reason of the foregoing and upon information and belief, defendant has violated Section 43 of the Lanham Act (15 U.S.C. § 1125(a)) by making false statements of material fact regarding their products.

18. By reason of the foregoing unlawful acts recited in the above paragraphs, Plaintiff has been irreparably harmed and will continue to suffer damage until an appropriate injunction and damage award, including increased

treble damages and attorneys' fees, are imposed by this Court against Defendant.

19.     Plaintiff is entitled to damages pursuant to 15 U.S.C. § 1125, including treble damages and attorneys' fees.

## SECOND CAUSE OF ACTION

### (Unfair Competition – Common Law and Cal. Bus. & Prof. Code § 17200)

20.     Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-19 of the complaint as though set forth fully herein.

21.     Defendant's acts, as set forth above, constitute unfair competition as defined under common law and in California Business and Professions Code § 17200, *et seq.*

22.     Defendant's acts have injured plaintiff in an amount to be proven at trial.

## THIRD CAUSE OF ACTION

### (Unfair Competition – California Common Law)

23.     Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-22 of the complaint as though set forth fully herein.

24.     Defendant's acts, as set forth above, constitute unfair competition as defined under common law and in California Business and Professions Code § 17200, *et seq.*

25.     Defendant's acts have injured Plaintiff in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff requests entry of judgment in its favor and against Defendant as follows:

A.     Enter an order permanently enjoining Defendant and their officers, agents, and employees, and all those persons acting in concert or participation with

them from further acts of unfair competition including, but not limited to, claiming their products contain sporopollenin or anything similar thereto;

B.      Award plaintiff past and future damages together with prejudgment and post-judgment interest to compensate for the unfair competition by Defendant;

C.      Declaring the action to be exceptional and awarding plaintiff its attorneys' fees and enhanced damages pursuant to 15 U.S.C. § 1117 or any other related law;

D.      Granting all such other and relief as the Court deems just and appropriate.

Respectfully submitted,

**MANDOUR & ASSOCIATES, APC**

Date: <u>September 5, 2019</u>


<u>         /s Ben T. Lila         </u>
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for Plaintiff,
KENRICO LTD

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by the jury on all claims herein and all issues and claims so triable in this action.

Respectfully submitted,

**MANDOUR & ASSOCIATES, APC**

Date: September 5, 2019

/s Ben T. Lila
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for Plaintiff,
KENRICO LTD.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the below date, I filed the foregoing document with the Court's CM/ECF filing system that will provide notice of the same on the parties and counsel of record in the case.

Dated: <u>September 5, 2019</u>

<u>      /s Ben T. Lila            </u>
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com

# EXHIBIT A



**EXHIBIT B**



Case No. 2:19-cv-07705
EXHIBIT B

7/16/2019          Amazon.com: Foot Pads - Remove Impurities, Body Cleansing, Pain & Stress Relief, Improve Sleep, 100% Organic 20pcs: Health & Pers...

☑ **This item:** Foot Pads - Remove Impurities, Body Cleansing, Pain & Stress Relief, Improve Sleep, 100% Organic... $15.95
☑ Dr Tobias Colon 14 Day Quick Cleanse - Supports Detox & Increased Energy Levels (28 Capsules) $12.87 ($0.46 / Count)
☑ Zero Tea 14 Day Detox Tea, Weight Loss Tea, Teatox Herbal Tea for Cleanse $14.97 ($1.25 / Count)

### Sponsored products related to this item
Page 1 of 50

    

| Dr Tobias Colon 14 Day Quick Cleanse - Supports Detox & Increased Energy Levels (28... | Premium Foot Pads: (50pc) - Rapid Pain Relief & Foot Health, Fresh Scent, New Formu... | HealthApe Bamboo Vinegar Foot Pads: Sticky Foot Sleep Patches to Remove Toxins - He... | Sole Soothe Foot Pads (28 Pack) 100% Natural Body Cleanse Foot Patches, Vitamin C -... | Lavender Bamboo Foot Pads - FDA Certified - 100% Natural Plant Bas Product -Stres... |
| ★★★★☆ 22,760 | ★★★★☆ 233 | ★★★★★ 2 | ★★★★☆ 44 | ★★★★★ 6 |
| $12.87 ✓prime | $21.99 ✓prime | $16.97 ✓prime | $14.97 ✓prime | $14.99 |

Ad feedback ▷

### Customers who bought this item also bought
Page 1 of 8

      

| 5D Diamond Painting Kit – DIY Art by Numbers for Adults – Owl In The Universe Beads Dots Set – Wax Applicator & Pen... | Foot Pads | All Natural Body Cleansing | 20 Pain & Stress Relieving Patches + (Bonus) REJUVENATING... | Foot Pads & Lavender Essential Oil | 100% Natural Self Adhesive Cleansing Foot Pads |... | Foot Pads for Cleansing, Better Sleep, Increased Energy - Bonus Foot Mask - 30 Cool Mint Bamboo... | Foot Pads - (100pcs) Natural Cleansing Foot Pads for Foot Care, Sleeping & Anti-Stress... |
| $13.49 ✓prime | ★★★★☆ 76 | ★★★★☆ 98 | ★★★★☆ 72 | ★★★★☆ 95 |
| | $11.95 ✓prime | $19.95 ✓prime | $19.97 ✓prime | $33.99 |

### Special offers and product promotions
- Clip this coupon to save 5% on this product when you buy from Amazon.com. Here's how ⌄ (restrictions apply)
- Get a **$75.00 statement credit** after first Amazon.com purchase made with new Discover it® card within 3 months. Terms and conditions apply. See offer for details. Apply now

### Have a question?
Find answers in product info, Q&As, reviews

🔍 _____

### Product description
▶ **OUR FOOT PADS FEATURES**

100% all-natural and top-quality ingredients foot pads

Aid in the stress release and deep sleep

Relief from muscle tension & physical discomfort

Releases impurities & odor

Supports the immune system

Promotes healthy circulation, constipation, and metabolism

Quick & easy to use

Case No. 2:19-cv-07705
EXHIBIT B

7/16/2019         Amazon.com: Foot Pads - Remove Impurities, Body Cleansing, Pain & Stress Relief, Improve Sleep, 100% Organic 20pcs: Health & Pers...

▶ INGREDIENTS

Organic Wood Vinegar Extract, Organic Bamboo Vinegar Extract, Black Tourmaline, Amethyst, Organic Vitamin C, Organic Vegetable Fiber, Zeolite, Minus Ion Powder, Sporopollenin, Dextrin, Organic Loquat Leaf

▶ HOW TO USE

With soap and warm water clean thoroughly the bottoms of both feet

Peel pad from adhesive backing paper

Before bed-time apply one pad onto the center of foot with sticky side toward skin. Press firmly to make sure the pad is securely in place

Repeat on other foot

Keep the pads in place for approximately 6 to 8 hours or until they become discolored

## Product details

**Shipping Weight:** 9.1 ounces (View shipping rates and policies)
**ASIN:** B07CRR6G3R
**UPC:** 782752793750
**Average Customer Review:** ★★★★☆ ⌄   51 customer reviews
**Amazon Best Sellers Rank:** #38,278 in Health & Household (See Top 100 in Health & Household)
#69 in Ball-of-Foot Cushions

Would you like to **tell us about a lower price**?

## Product and related videos (0)  Upload your video



**Be the first video**
Your name here

## Important information

**Legal Disclaimer**
Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Compare with similar items



| | This item Foot Pads - Remove Impurities, Body Cleansing, Pain & Stress Relief, Improve Sleep, 100% Organic 20pcs | LITES Foot Pads - (60pcs) Premium Foot Patch, Relieve Stress | Organic & Natural Foot Pad | Sleep Better | Premium Foot Pads: (50pc) - Rapid Pain Relief & Foot Health, Fresh Scent, New Formula for 2019 | FDM 20 PCS Best Foot Pads | 100% All Organic and Natural Aromatherapy Foot Patches | Premium Best Foot Pads for Healthy Feet, Natural Deep Sleep Aid, Pain and Stress Relief | Bonus EBOOK |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (51) | ★★★★☆ (188) | ★★★★☆ (233) | ★★★☆☆ (15) |
| **Price** | | | | |

https://www.amazon.com/dp/B07CRR6G3R                                                              3/7

Case No. 2:19-cv-07705
EXHIBIT B